Michele R. Stafford, Esq. (SBN 172509)
Blake E. Williams, Esq. (SBN 233158)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
bwilliams@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al.<br><br>  Plaintiffs,<br><br>v.<br><br>MGM DRYWALL, INC., a California Corporation, and MIGUEL GUILLEN RAMIREZ *aka* MIGUEL RAMIREZ GUILLEN, an individual,<br><br>  Defendants. | Case No.: C11-4188 CRB<br><br>**PLAINTIFFS' CASE MANAGEMENT STATEMENT and;**<br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE;**<br>**[PROPOSED] ORDER THEREON**<br><br>Date:  February 10, 2012<br>Time:  8:30 a.m.<br>Ctrm:  8, 19th Floor, San Francisco<br>Judge:  Honorable Charles R. Breyer |

Plaintiffs herein respectfully submit their Case Management Statement, requesting that the Case Management Conference, currently on calendar for February 10, 2012, be continued for approximately 60 days.

1.  As the Court's records will reflect, this action was filed on August 24, 2011. Service on Defendants was effectuated on November 17, 2011, and A Proof of Service of Summons on was filed with the Court on November 21, 2011. Defendants failed to plead or otherwise respond to the lawsuit, and the Clerk entered default as to both Defendants on December 16, 2011.

2.  The parties have been in almost constant contact to discuss resolution of this matter. At Defendants request, Plaintiffs prepared a draft Judgment Pursuant to Stipulation ("Stipulation") providing for a twelve month payment plan relative to all amounts due and owing to Plaintiffs and emailed and mailed said Stipulation Defendants on December 12, 2011. In

response, Defendants paid the delinquent contributions, but refused to sign the Stipulation.

3. Plaintiffs' counsel has advised Defendants of the remainder due for liquidated damages, interest, and attorneys' fees and costs and requested payment of those amounts on multiple occasions, but Defendants have failed to respond. Most recently, on January 24, 2011, I sent a letter to Defendants requesting that Defendants pay the remainder due within ten days of the date of the letter. To date, Defendants have not responded.

4. Should Defendants fail to either promptly submit payment in full, or enter into a payment plan for the remainder due, Plaintiffs anticipate preparing a Motion for Default Judgment and filing said Motion with the Court.

5. Accordingly, Plaintiffs respectfully request that the Case Management Conference, currently scheduled for February 10, 2012, be continued for 60 days to allow time for Defendants to pay the remainder due, or in the alternative, for Plaintiffs to prepare, serve and file their Motion.

6. There are still no issues that need to be addressed by the parties at the currently scheduled Case Management Conference. In the interest of conserving costs, as well as the Court's time and resources, Plaintiffs respectfully request that the Court continue the currently scheduled Case Management Conference.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 2nd day of February, 2012, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION

By: _____/S/_____
Michele R. Stafford
Attorneys for Plaintiffs

IT IS SO ORDERED.

The currently set Case Management Conference is hereby continued to  April 24  at  8:30a., and all previously set deadlines and dates related to this case are continued accordingly.

Date: _February 6, 2012_____           _____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

-2-
**PLAINTIFFS' CMC STATEMENT; REQUEST TO CONTINUE CMC; [PROPOSED] ORDER THEREON**
Case No.: C11-3589 CRB

P:\CLIENTS\PATCL\MGM Drywall\Pleadings\C11-4188 CRB - CMC Statement 020212.doc