Michele R. Stafford, Esq. (SBN 172509)
Blake E. Williams, Esq. (SBN 233158)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
bwilliams@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al.<br><br>Plaintiffs,<br><br>v.<br><br>MGM DRYWALL, INC., a California Corporation, and MIGUEL GUILLEN RAMIREZ *aka* MIGUEL RAMIREZ GUILLEN, an individual,<br><br>Defendants. | Case No.: C11-4188 CRB<br><br>**PLAINTIFFS' CASE MANAGEMENT STATEMENT and;**<br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE;**<br>**[PROPOSED] ORDER THEREON**<br><br>Date: June 22, 2012<br>Time: 8:30 a.m.<br>Ctrm: 8, 19th Floor, San Francisco<br>Judge: Honorable Charles R. Breyer |

Plaintiffs herein respectfully submit their Case Management Statement, requesting that the Case Management Conference, currently on calendar for June 22, 2012, be continued for approximately 60 to 90 days.

1. As the Court's records will reflect, this action was filed on August 24, 2011. Service on Defendants was effectuated on November 17, 2011, and A Proof of Service of Summons on was filed with the Court on November 21, 2011. Defendants failed to plead or otherwise respond to the lawsuit, and the Clerk entered default as to both Defendants on December 16, 2011.

2. The parties have been in almost constant contact to discuss resolution of this matter. At Defendants request, Plaintiffs prepared a draft Judgment Pursuant to Stipulation ("Stipulation") providing for a twelve month payment plan relative to all amounts due and owing to Plaintiffs and emailed and mailed said Stipulation Defendants on December 12, 2011. In

response, Defendants paid the delinquent contributions, but refused to sign the Stipulation.

3. The Court continued the previous Case Management Conference to allow time for Defendants to submit payment of the interest and attorneys' fees and costs to Plaintiffs, which they advised Plaintiffs that they would do on or before April 15, 2012.

4. Since then, Defendants submitted payment in full for the interest and attorneys' fees and costs incurred through May 8, 2012 in two payments, which were received by Plaintiffs' counsel on April 16, 2012, and May 15, 2012, respectively. Plaintiffs are now considering whether to waive all or a portion of the liquidated damages that remain due, or whether Defendants should be liable for the full amount. In addition, Plaintiffs requested that Defendants submit to an audit of Defendants' payroll records in order to confirm proper reporting and payment of contributions for the time period December 1, 2010 through the date of inspection.

5. Before Plaintiffs can dismiss this matter it is imperative that Plaintiffs have the opportunity to ensure that all contributions due by Defendants have been properly reported and paid. Thus, Plaintiffs have decided to exercise their rights under the Collective Bargaining Agreement and Trust Agreements to conduct and audit of Defendants' payroll records. This audit should take place within the next thirty days. A notice requesting an audit was sent to Defendants on May 15, 2012. Defendants have yet to respond.

6. Accordingly, Plaintiffs respectfully request that the Case Management Conference, currently scheduled for June 22, 2012, be continued for 60 to 90 days to allow time for Defendants to comply with the audit, and for Plaintiffs to determine whether a waiver of liquidated damages is approved.

///
///
///
///
///
///
///

7. There are still no issues that need to be addressed by the parties at the currently scheduled Case Management Conference. In the interest of conserving costs, as well as the Court's time and resources, Plaintiffs respectfully request that the Court continue the currently scheduled Case Management Conference.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 14th day of June 2012, at San Francisco, California.

                                      SALTZMAN & JOHNSON
                                      LAW CORPORATION

                   By:            /S/
                           Blake E. Williams
                           Attorneys for Plaintiffs

IT IS SO ORDERED.

The currently set Case Management Conference is hereby continued to  8/24/2012  at 8:30 a, and all previously set deadlines and dates related to this case are continued accordingly.

Date:  June 18, 2012

                                   THE HONORABLE CHARLES R. BREYER
                                   UNITED STATES DISTRICT COURT JUDGE